# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of: Case Number:

The Complaint of Creative Yacht Management, Inc. d/b/a SailTime

Chicago Petitioning for Exoneration from or Limitation of Liability

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Creative Yacht Management, Inc. d/b/a SailTime Chicago

| | |
|---|---|
| NAME (Type or print) | |
| Curt J. Schlom | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Curt J. Schlom | |
| FIRM | |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| STREET ADDRESS | |
| 55 W. Monroe Street, Suite 3800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6204308 | (312) 704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL    APPOINTED COUNSEL | |

1785193v.1