# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                    Case Number:

The Complaint of Creative Yacht Management, Inc. d/b/a SailTime

Chicago Petitioning for Exoneration from or Limitation of Liability

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Creative Yacht Management, Inc. d/b/a SailTime Chicago

| |
|---|
| NAME (Type or print) <br> Chantal N. Kazay |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Chantal N. Kazay |
| FIRM <br> Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| STREET ADDRESS <br> 55 W. Monroe Street, Suite 3800 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6303663 | (312) 704-0550 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL          APPOINTED COUNSEL |

1785199v.1