**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: THE COMPLAINT OF CREATIVE YACHT MANAGEMENT, INC., d/b/a SAILTIME CHICAGO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) Civil Action No. 1:14-cv-09050 ) ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Creative Yacht Management, Inc. d/b/a SailTime Chicago submits its Corporate Disclosure Statement under Fed. R. Civ. P. 7.1 and LR 3.2.

Creative Yacht Management, Inc. d/b/a SailTime Chicago states that no publicly-held entities have any interest in Creative Yacht Management, Inc., d/b/a SailTime Chicago, Inc.

Dated: December 22, 2014

                                             Respectfully submitted,

                                             **CREATIVE YACHT MANAGEMENT
INC. d/b/a SAIL TIME CHICAGO**

                                             By: /s/ Curt J. Schlom
                                                  Curt J. Schlom (#6204308)
                                                  WILSON, ELSER, MOSKOWITZ,
                                                  EDELMAN & DICKER LLP
                                                  55 West Monroe Street – Suite 3800
                                                  Chicago, Illinois 60603
                                                  Tel: (312) 704-0550
                                                  Fax: (312) 704-1522
                                                  curt.schlom@wilsonelser.com