# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In the matter of: ) | |
| ) | |
| THE COMPLAINT OF CREATIVE YACHT ) | |
| MANAGEMENT, INC., d/b/a SAILTIME ) | Civil Action No.: 1:14-cv-09050 |
| CHICAGO, PETITIONING FOR EXONERATION) | |
| FROM OR LIMITATION OF LIABILITY, ) | |
| ) | |
| Limitation Plaintiff. ) | |

## NOTICE OF MOTION

TO:    All parties on the attached Service Address List

**PLEASE TAKE NOTICE** that on the 15th day of January, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Samuel Der-Yeghiayan or any judge sitting in his stead, in Courtroom 1903 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and then and there present Limitation Plaintiff's **MOTION FOR INJUNCTIVE RELIEF AND ENTRY OF ORDERS TO PROCEED WITH COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**, a copy of which is hereby served upon you.

Respectfully submitted,

**CREATIVE YACHT MANAGEMENT, INC.
d/b/a SAILTIME CHICAGO,**

By: /s/ Curt J. Schlom

Curt J. Schlom (#6204308)
John C. Stiglich II (#6304086)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP\
55 West Monroe Street – Suite 3800
Chicago, Illinois 60603
Tel: (312) 704-0550
Fax: (312) 704-1522
curt.schlom@wilsonelser.com
john.stiglich@wilsonelser.com

1805687v.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties listed below and also by mailing same to all parties below by placing same in properly addressed envelopes with proper postage prepaid and deposited same in the U.S. Mail Chute at 55 W. Monroe St., Chicago, IL 60603:

Ken Hoffman
Mitchell Hoffman & Wolf LLC
221 North LaSalle Street
Suite 1148
Chicago IL 60601
***Attorneys for Plaintiff Shai Wolkowicki***

Timothy Martin
Cooney & Conway
120 N. LaSalle Street
Suite 3000
Chicago, IL 60602
***Attorneys for Plaintiff Orest Sopka***

Robert A. Clifford
Kevin P. Durkin
Clifford Law Offices, P.C.
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
***Attorneys for Plaintiff Megan Blenner***

Timothy Mahoney
Rolewick & Gutzke, P.C.
1776 South Naperville Rd.
Suite 104A
Wheaton, Illinois 60189
***Attorneys for Plaintiff Ashley Haws***

                                                                */s/ Curt J. Schlom*
                                                                  Curt J. Schlom