# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:14-cv-09050 |
|---|---|
| THE COMPLAINT OF CREATIVE YACHT MANAGEMENT, INC. d/b/a SAILTIME CHICAGO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHARON HAWS, as Independent Administrator of the Estate of ASHLEY HAWS, Deceased

| | |
|---|---|
| NAME (Type or print) <br> Timothy J. Mahoney | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Timothy J. Mahoney | |
| FIRM <br> ROLEWICK & GUTZKE, P.C. | |
| STREET ADDRESS <br> 1776 S. Naperville Road, Suite 104A | |
| CITY/STATE/ZIP <br> Wheaton, IL 60189 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6197486 | TELEPHONE NUMBER <br> (630) 653-1577 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |