# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                       Case Number: 14 CV 9050

THE COMPLAINT OF CREATIVE YACHT MANAGEMENT, INC., d/b/a SAILTIME CHICAGO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PEGGY M. BLENNER, Independent Administrator of the Estate of MEGAN BLENNER, Deceased

| | |
|---|---|
| **NAME (Type or print)**<br>Sean P. Driscoll | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>     s/ Sean P. Driscoll | |
| **FIRM**<br>Clifford Law Offices, P.C. | |
| **STREET ADDRESS**<br>120 N. LaSalle Street, Suite 3100 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6288120 | **TELEPHONE NUMBER**<br>(312) 899-9090 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |