## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 14 CV 9050

THE COMPLAINT OF CREATIVE YACHT
MANAGEMENT, INC., d/b/a SAILTIME CHICAGO,
PETITIONING FOR EXONERATION FROM OR
LIMITATION OF LIABILITY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PEGGY M. BLENNER, Independent Administrator of the Estate of MEGAN BLENNER, Deceased

| | |
|---|---|
| NAME (Type or print) <br> Tracy A. Gibbons | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Tracy A. Gibbons | |
| FIRM <br> Clifford Law Offices, P.C. | |
| STREET ADDRESS <br> 120 N. LaSalle Street, Suite 3100 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6317792 | TELEPHONE NUMBER <br> (312) 899-9090 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |