**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: THE COMPLAINT | ) | |
| OF CREATIVE YACHT MANAGEMENT, | ) | No. 1:14-cv-09050 |
| INC., d/b/a SAILTIME CHICAGO, | ) | |
| PETITIONING FOR EXONERATION FROM | ) | Judge Samuel Der-Yeghiayan |
| OR LIMITATION OF LIABILITY | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on January 15, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan in Courtroom Number 1903, or any other Judge as may be holding Court in his absence, in the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, to then and there present the Respondent's, Shai Wolkowicki, Motion to Adopt and Join Motion to Dismiss. A copy of said Motion is served upon you with this Notice.

MITCHELL HOFFMAN & WOLF, LLC

BY: /s/ Kenneth Hoffman

Kenneth Hoffman (ID No.6207101)
MITCHELL HOFFMAN & WOLF LLC
*Attorneys for Shai Wolkowicki*
221 North LaSalle, Suite 1148
Chicago, Illinois 60601
Phone: (312)726-6722

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2015, I electronically filed the Motion to Adopt and Join Motion to Dismiss, and this Notice of Motion/Proof of Service with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. In accordance with Local Rule 5.9, service upon the parties' representatives named in the accompanying Service List was or will be accomplished by electronic mail through the CM/ECF system.

/s/ J Wesley Mitchell
J Wesley Mitchell

**SERVICE LIST**

Curt Justin Schlom
Chantal N. Kazay
John Charles Stiglich, II
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe, Suite 3800
Chicago, IL 60603
curt.schlom@wilsonelser.com
chantal.kazay@wilsonelser.com
john.stiglich@wilsonelser.com
*Counsel for Creative Yacht Management, Inc., Petitioner*

David F. Rolewick (ID No. 2368641)
Timothy J. Mahoney (ID No. 6197486)
Hilary E. Wild (ID No. 4378832)
ROLEWICK & GUTZKE, P.C.
*Attorneys for Respondent Sharon Haws, Independent Administrator of the Estate of Ashley Haws, Deceased*
1776 S. Naperville Road, Suite 104A
Wheaton, Illinois 60189
Phone: (630) 653-1577

Kevin P. Durkin
Sean Patrick Driscoll
Tracy A. Gibbons
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
kpd@cliffordlaw.com
spd@cliffordlaw.com
tag@cliffordlaw.com
*Counsel for Peggy M. Blenner, as Successor Independent Administrator of the Estate of Megan Blenner, Deceased, Respondent*

Robert John Cooney , Jr.
Daniel T. Stanton
Timothy G. Martin
Cooney & Conway
120 North LaSalle Street, 30th Floor
Chicago, IL 60602
bcooney@cooneyconway.com
dstanton@cooneyconway.com
tmartin@cooneyconway.com
*Counsel for Tamara Sopka, Independant Administrator of the Estate of Orest Sopka, Deceased, Respondent*