IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: THE COMPLAINT ) | |
| OF CREATIVE YACHT MANAGEMENT, ) | No. 1:14-cv-09050 |
| INC., d/b/a SAILTIME CHICAGO, ) | |
| PETITIONING FOR EXONERATION FROM ) | Judge Samuel Der-Yeghiayan |
| OR LIMITATION OF LIABILITY ) | |

**MOTION TO ADOPT AND JOIN MOTION TO DISMISS**

NOW COMES Tamara Sopka, Independent Administrator of the Estate of Orest M. Sopka, Deceased ("Sopka"), by and through her attorneys, Cooney & Conway, and hereby moves this Honorable Court to join in and adopt the Motion to Dismiss previously filed by Respondent Peggy M. Blenner, as Successor Administrator of the Estate of Megan Blenner, Deceased ("Blenner"). In support of this Motion, Sopka states as follows:

1. On November 11, 2014, Creative Yacht Management, Inc., d/b/a SailTime Chicago ("SailTime") filed its Petition for Exoneration From or Limitation of Liability under the Limitation of Liability Act. 46 U.S.C. §§ 30501 *et seq.* (the "Act") (Document No. 1).

2. On January 9, 2015, Blenner filed her Motion to Dismiss SailTime's Petition under Rule 12(b)(6) (Document Nos. 25-27) Generally, Blenner's Motion to Dismiss asserts that SailTime failed to state a cause of action upon which relief may be granted because the Act applies to "owners" of vessels, and SailTime is not an "owner" of the AXESS, and SailTime does not "stand in the shoes" of the owner of the AXESS.

3. The bases for dismissal raised by Blenner in her Motion also apply to Sopka.

4. The interests of judicial economy would be best-served by an order from this Court permitting Sopka to adopt and join the Motion to Dismiss, including the Memorandum of

Law, already filed by Blenner, rather than file a separate, substantially similar Motion.

    WHEREFORE Tamara Sopka, Independent Administrator of the Estate of Orest M. Sopka, Deceased, respectfully requests that this Court grant her leave to adopt and join the Motion to Dismiss, including the Memorandum of Law, previously filed by Peggy M. Blenner, as Successor Administrator of the Estate of Megan Blenner, Deceased.

    Respectfully submitted,

    /s/ Timothy G. Martin_____
      Timothy G. Martin

Robert Cooney, Jr.
Daniel T. Stanton
Timothy Martin
COONEY & CONWAY
120 N. La Salle Street, 30th Floor
Chicago, Illinois 60602
P: 312-236-6166
*Attorneys for Tamara Sopka, Independent Administrator of the Estate of Orest M. Sopka, Deceased*