IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: THE COMPLAINT | ) | |
| OF CREATIVE YACHT MANAGEMENT, | ) | No. 1:14-cv-09050 |
| INC., d/b/a SAILTIME CHICAGO, | ) | |
| PETITIONING FOR EXONERATION FROM | ) | Judge Samuel Der-Yeghiayan |
| OR LIMITATION OF LIABILITY | ) | |

### NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on January 15, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan in Courtroom Number 1903, or any other Judge as may be holding Court in his absence, in the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, to then and there present the Motion to Adopt and Join Motion to Dismiss of Respondent Peggy Blenner, as Independent Administrator of the Estate of Megan Blenner, Deceased. A copy of said Motion is served upon you with this Notice.

                                              /s/ Timothy G. Martin
                                              Attorneys for Plaintiff

Robert Cooney, Jr.
Daniel T. Stanton
Timothy Martin
COONEY & CONWAY
120 N. La Salle Street, 30th Floor
Chicago, Illinois 60602
P: 312-236-6166
*Attorneys for Tamara Sopka, Independent Administrator of the Estate of Orest M. Sopka, Deceased*

### CERTIFICATE OF SERVICE

    I hereby certify that on January 9, 2015, I electronically filed the Motion to Adopt and Join Motion to Dismiss, and this Notice of Motion/Proof of Service with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. In accordance with Local Rule 5.9, service upon the parties' representatives named in the accompanying Service List was or will be accomplished by electronic mail through the CM/ECF system.

                                              /s/ Timothy G. Martin
                                                Timothy G. Martin

SERVICE LIST

Curt Justin Schlom
Chantal N. Kazay John
Charles Stiglich, II
Wilson Elser Moskowitz Edelman & Dicker I.I,P
55 W. Monroe, Suite 3800
Chicago, IL 60603
curtschlom@wilsonelser.com
chantal.kazay@wilsonelser.com
john.stiglich@wilsonelser.com
*Counsel for Creative Yacht Management, Inc., Petitioner*

Kenneth A. Hoffman
J. Wesley Mitchell
Mitchell, Hoffman & Wolf, LLC
221 North LaSalle Street, Suite 1148
Chicago, IL 60601
khoffman@mitchellhoffmanwolf.com
jwmatty@aol.com
*Counsel for Shai Wolkowicki, Respondent*

Kevin P. Durkin
Sean Patrick Driscoll
Tracy A. Gibbons
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
kpd@cliffordlaw.com
spd@cliffordlaw.com
tag@cliffordlaw.com
*Counsel for Peggy M Blenner, as Successor Independent Administrator of the Estate of Megan Blenner, Deceased, Respondent*

Timothy J. Mahoney
ROLEWICK & GUTZKE, P.C.
1776 S. Naperville Road, Suite 104A
Wheaton, Illinois 60189
Timothym@rglawfirm.com
*Counsel for Sharon Haws, Independent Administrator of the Estate of Ashley Haws, Deceased, Respondent*