**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: THE COMPLAINT ) | |
| OF CREATIVE YACHT MANAGEMENT, ) | No. 1:14-cv-09050 |
| INC., d/b/a SAILTIME CHICAGO, ) | |
| PETITIONING FOR EXONERATION FROM ) | Judge Samuel Der-Yeghiayan |
| OR LIMITATION OF LIABILITY ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **January 15, 2015**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Samuel Der-Yeghiayan, Room 1903, United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois 60604, and shall then and there present **Motion to Dismiss Complaint for Exoneration from or Limitation of Liability,** a copy of which is attached hereto and served upon you.

By: /s/Kevin P. Durkin

Kevin P. Durkin
Sean P. Driscoll
Tracy A. Gibbons
CLIFFORD LAW OFFICES, P.C.
Attorneys for Plaintiff
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1150 - facsimile

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2015, I electronically filed this Notice of Motion and **Motion to Dismiss Complaint for Exoneration from or Limitation of Liability** with the Clerk of the Court using the CM/ECF system which will send notification to such filing(s) to the following:

Curt J. Schlom
Chantal N. Kazay
John C. Stiglich
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603
(312) 704-0550
**Attorney for Creative Yacht Management, Inc., d/b/a Sailtime Chicago**

J Wesley Mitchell
Mitchell Hoffman & Wolf, LLC
221 N. LaSalle Street, Suite 1148
Chicago, Illinois 60601
(312) 726-6722
**Attorney for Shai Wolkowicki**