UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Creative Yacht Management, Inc.
                                Plaintiff,

v.                                      Case No.: 1:14–cv–09050
                                             Honorable Samuel Der–Yeghiayan

Thomas P. Blenner
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2015:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 03/31/15 at 9:00 a.m. Defendant Blenner's motion to dismiss filed on 01/09/15 [25] is stricken as moot. Plaintiff's motion for injunctive relief and entry of orders to proceed [15] is stricken without prejudice to re–file. Respondents' motions to join motions to dismiss are granted. Respondents' motions to dismiss are entered and continued. Plaintiff's responses to be filed by 02/12/15 and Respondents' replies are to be filed by 02/26/15. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.