# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Creative Yacht Management, Inc.

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:14−cv−09050
　　　　　　　　　　　　　　　　　　　　Honorable Samuel Der−Yeghiayan

Thomas P. Blenner

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 5, 2015:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: On 02/26/15, Tamara Sopka filed a motion to adopt and join but did not file a Notice of Motion as required by Local Rule 5.3. However, the Court will grant Tamara Sopka's motion to adopt and join [44]. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.