**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| In re: Creative Yacht Management, Inc., d/b/a Sailtime Chicago | ) ) ) ) ) ) ) ) ) | Case No: 14 C 9050<br><br>Judge: Samuel Der-Yeghiayan |

## ORDER

For the reasons stated in the Court's memorandum opinion dated 04/08/15, Claimants' motion to dismiss [35] is granted. All pending dates and motions, if any, are stricken as moot. Civil case terminated.

Date: April 8, 2015

/s/ Samuel Der-Yeghiayan
Samuel Der-Yeghiayan
U.S. District Court Judge