IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Creative Yacht Management, Inc.,

Plaintiff(s),

v.

Defendant(s).

Case No. 14 C 9050
Judge Samuel Der-Yeghiayan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

    which ☐ includes pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: In favor of Claimant Peggy M. Blenner, Claimant Sharon Haws, Claimant Shai Wolkowicki, and Claimant Tamara Sopka's (Sopka) and against Plaintiff Creative Yacht Management, Inc., d/b/a SailTime Chicago.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☑ decided by Judge Samuel Der-Yeghiayan on a motion to dismiss.

Date: 04/08/15      Thomas G. Bruton, Clerk of Court

     /s/ Michael Wing     , Deputy Clerk